WILLIAM BAUGH, PLAINTIFF-PETITIONER, v. EDGAR G. THOMAS, *IND.*, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Riker, Danzig, Scherer & Brown* for the petitioner.

*Messrs. Rothbard, Harris & Oxfeld* for the respondents.

September 15, 1969.  Granted.

SERVICE LEAGUE, INC., PLAINTIFF-PETITIONER, v. THE BOROUGH OF VERONA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Bracken & Walsh* for the petitioners.

*Messrs. Sarcone & Mascia, Mr. Arthur J. Sills* and *Mr. Charles H. Landesman* for the respondents.

September 15, 1969.  Denied.

L. W. JANSEN & SON, INC., PLAINTIFF-PETITIONER, v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF PARSIPPANY-TROY HILLS, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Newmark & Newmark* for the petitioner.

*Messrs. Vogel, Chait & Wacks* and *Mr. Stephen B. Fiverson* for the respondents.

September 15, 1969.  Denied.